EJK:NR

**12 M 512**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

IN THE MATTER OF THE
EXTRADITION OF

KAMARA GBESSAY.

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(T. 18, U.S.C., § 3184)

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

I, Nathan Reilly, being duly sworn, depose and state that I am an Assistant United States Attorney for the Eastern District of New York and act for and on behalf of the Government of the Kingdom of Belgium (the "Requesting State") pursuant to the Extradition Treaty between the United States of America and the Kingdom of the Belgium, signed on April 27, 1987, and in force as of September 1, 1997, as amended by the Instrument as contemplated by Article 3(2) of the Agreement on Extradition between the United States of America and the European Union signed June 25, 2003 (the "Treaty,") with respect to KAMARA GBESSAY (the "defendant").

In accordance with Title 18, United States Code, Section 3184, I charge, on information and belief,[1/] as

---

[1/] The information contained herein is derived from (1) correspondence from the United States Department of Justice, Office of International Affairs and (2) a request for a provisional arrest warrant from the Central Authority of the Belgian Federal Public Service Justice. Copies of the relevant paperwork are attached hereto as Exhibit A.

2

follows:[2/]

1. <u>Foreign charge.</u> The defendant KAMARA GBESSAY has been convicted, in the jurisdiction of the Requesting State, of the crimes of: narcotics trafficking, in violation of Articles 2bis§3b Drug Act (24 February 1921) and article 1, 19 Royal Decree (31 December 1931) of the Belgian penal code. Article 2 the Treaty provides that convictions on such an offense shall serve as the basis for extradition. Article 10 of the Treaty provides for the provisional arrest of persons convicted of an extraditable offense under Article 2.

2. <u>Judgment of Conviction.</u> A judgment of conviction from the Court of Appeals in Brussels dated May 29, 2002 is the basis for the request for the provisional arrest warrant.

3. <u>Facts underlying foreign charge.</u>

   a. According to an investigation by authorities of the Requesting State, and of other nations, the defendant KAMARA GBESSAY was a participant in a cocaine importation conspiracy that involved the importation of approximately 6.6 kilograms of cocaine into Belgium. Specifically, GBESSAY was the individual who came to the airport in Brussels to pick-up a suitcase filled with cocaine that had been brought by a narcotics

---

[2/] Because the purpose of this Complaint is to establish only probable cause to arrest, I have not set forth a description of all the facts and circumstances of which the government is aware.

3

courier from Rio de Janiero, Brazil. GBESSAY was tried <u>in absentia</u>, with the representation of defense counsel, in 2002 after he fled Belgium in advance of trial.

4. <u>Defendant KAMARA GBESSAY's presence in the United States.</u> There is probable cause to believe that the defendant KAMARA GBESSAY, who is within the jurisdiction of this Court, may be found at the Metropolitan Detention Center in Brooklyn, New York. GBESSAY was pleaded guilty to unrelated narcotics charges on October 3, 2011 in the Southern District of New York (10-CR-457)(SDNY). He was sentenced to 240 months incarceration on May 22, 2012 and was transferred to the Metropolitan Detention Center on May 24, 2012.

5. <u>The Defendant KAMARA GBESSAY's description.</u> The defendant KAMARA GBESSAY, a citizen of Sierra Leone, was born on November 10, 1967 in Bowtown, Sierra Leone. A copy of photographs of him are attached hereto as Exhibit B for identification purposes. In addition, Belgian authorities have compared the fingerprints of the individual named "Kamara Gbessay" presently incarcerated at the MDC and the fugitive, KAMARA GBESSAY, and found that the fingerprints are from the same individual.

Whereupon, your complainant requests:

4

      a.   that a warrant be issued pursuant to Title 18, United States Code, Section 3184, for the defendant KAMARA GBESSAY's arrest;

      b.   that the defendant KAMARA GBESSAY be brought before this Court and the evidence of criminality be heard;

      c.   that if, on such hearing, the Court deems the evidence sufficient under the provisions of the Treaty to sustain the charge, the Court certify the same to the Secretary of State in order that a warrant may be issued for the surrender of the defendant KAMARA GBESSAY to the appropriate authorities of the Requesting State according to the Treaty; and

      d.   that this Court take such other actions as may be required under the provisions of the Treaty and the laws of the United States to meet the obligations of the United States under the Treaty.

5

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant KAMARA GBESSAY so that he may be dealt with according to law.

By: _____

LORETTA E. LYNCH
United States Attorney

Nathan Reilly
Assistant U.S. Attorney

Sworn to before me this
25th day of May, 2012

_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

s/ Levy